1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   REGINALD GERALD PATES,                        No. C 05-03942 WHA

11          Plaintiff,

12     v.                                          **ORDER OF REFERRAL**

13   MERCK & CO., INC.,

14          Defendant.

15   _____/

16         This action appears to be one of several cases currently pending in the Northern District

17   of California involving the prescription drug VIOXX®.  The earliest-filed action was *Guinta v.*

18   *Merck & Co., Inc.*, Case No. C 04-5061 MHP.  Pursuant to Civil Local Rule 3-12(c), the Court

19   refers this matter to Judge Marilyn H. Patel for the purpose of determining whether it is related

20   as defined in Civil Local Rule 3-12(a).

21

22         **IT IS SO ORDERED.**

23

24   Dated:  October 3, 2005

25                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
26

27

28

*United States District Court*
For the Northern District of California